(Reap. Dec. 9358)

Ross Products, Inc. v. United States

Entry No. 865023/4.

(Decided March 19, 1959)

*Siegel, Mandell & Davidson* for the plaintiff.

*George Cochran Doub*, Assistant Attorney General, for the defendant.

Mollison, Judge:   Counsel for the parties have submitted the above-entitled appeal for reappraisement on a stipulation upon the agreed facts in which I find that export value, as defined in section 402(d), Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise involved, and that such value, in each instance, is the entered unit value.

Judgment will issue accordingly.